IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIE POLITE, JR. ET AL., | : | |
| Plaintiffs | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 08-CV-5329 |
| EDWARD G. RENDELL, ET AL., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this _____ day of March, 2010, upon consideration of Defendants' Motion to Dismiss (Doc. 10) and Plaintiff Anthony Dickerson's Response in Opposition thereto (Doc. 11), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** with **PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.